UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff,

v.

DANIEL MICHAEL WHEATLEY,

          Defendant.

Case No. 6:07CR060060-AA

ORDER TO TRANSFER FUNDS

Disbursements totaling $77.15 were made to victims on this case to the addresses provided on the victim list, but were returned through IPAC Limited Payability Cancellation. Payments were made to the victims as follows:

    Harjit Singh, $11.88
    Soh Wee Wah, $4.00
    Debjyoti Mandal, $3.00
    Manashi Mandal, $3.00
    Samir Mandal, $3.00
    Imtiaz Ahmed, $2.00
    Lu An, $8.40
    Victor Alberto Cuspoca Castano, $20.87
    Kim Holm, $21.00

All of these victims live outside of the United States and neither the Clerk's Office nor the Victim Witness Unit have resources available for verifying foreign addresses.

Accordingly, the Clerk of Court is hereby ordered to transfer monies of $77.15 to Unclaimed Funds 106000.

1 - ORDER

IT IS SO ORDERED.

DATED this 25 day of April, 2014.

                                               /s/ Ann Aiken
                                               ANN AIKEN
                                               UNITED STATES CHIEF DISTRICT JUDGE

2- ORDER